IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **NATHANIEL GREEN, Inmate #16620-034,** | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | **CIVIL NO. 07-304-DRH** |
| **SARA M. REVELL and THE UNITED STATES PAROLE COMMISSION,** | ) ) ) | |
| Respondent. | ) ) | |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Petitioner filed this action pursuant to 28 U.S.C. § 2241 challenging the United States Parole Commission's failure to adopt a hearing examiner's recommendation of parole.

**IT IS FURTHER ORDERED** that Respondent shall, within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

**DATED:  April 30, 2007**

　　　　　　　　　　　　　　　　　　　　/s/    David   RHerndon
　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**