IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **NATHANIEL GREEN**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | Civil No. **07-304-DRH** |
| | ) | |
| **SARAH M. REVELL, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is petitioner Green's motion for default judgment in light of respondent's failure to file a timely response to the petition for writ of habeas corpus. **(Doc. 9).**

A review of the record reveals that default has never been entered; therefore, the subject motion is procedurally premature. *See* **Fed.R.Civ.P. 55.** Moreover, the Court previously extended the deadline for respondent's response, and respondent has now filed a response. **(Docs. 15 and 16).**

**IT IS THEREFORE ORDERED** that the subject motion is **DENIED AS PREMATURE**.

**IT IS SO ORDERED.**

DATED: September 12, 2007

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

1